FILED
BILLINGS, MT

2006 JAN 23  PM 12 50

PATRICK E. DUFFY, CLERK
BY _____
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| FIDELITY EXPLORATION & PRODUCTION COMPANY, ) ) ) | CV-04-100-BLG-RFC |
| Plaintiff, ) ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, et al., ) ) | |
| Defendant. ) ) | |

October 17, 2005, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation on Defendants' Motion to Dismiss. Magistrate Judge Anderson recommended that this Court Grant Defendants' Motion.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). Plaintiff filed their objections to Magistrate Judge

1

Anderson's Findings and Recommendations on November 28, 2005, and Defendants responded to the objections on January 13, 2006. Plaintiff's objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Anderson are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [*doc. #22*] is **GRANTED**.

The Clerk of Court shall notify the parties of the making of this Order.

DATED this 23rd day of January, 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF MAILING
DATE: 1/23/06   BY: _____
I hereby certify that a copy of this order was mailed to:

J. Metropoulos
D. Hupp
J. Whiteing
J. Rodriguez
S. Wooldridge
S. Miskidis
P. Miller

2